IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-370-F

| | |
|---|---|
| MISSION CAPITAL CROSSING LEASECO, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** ) ) |
| PENCO EAST, INC., | ) ) ) |
| Defendant. | ) |

The court has been informed that the parties have reached a complete settlement of this controversy. Accordingly, this action is hereby DISMISSED without prejudice to either party to reopen should settlement not be consummated on or before September 15, 2013. Unless the case is reopened, counsel are DIRECTED to file their Joint Stipulation of Dismissal With Prejudice on or before September 15, 2013. The Clerk of Court is DIRECTED to remove this matter from the undersigned's court calendar.

SO ORDERED.

This the 13th day of August, 2013.

James C. Fox
Senior United States District Judge