MISSION CAPITAL CROSSING LEASECO, )
LLC, )
       Plaintiff, )
        ) **JUDGMENT IN A CIVIL CASE**
    v. ) **CASE NO. 5:12-CV-370-F**
        )
PENCO EAST, INC., )
       Defendant. )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Plaintiff Mission Capital's Motion at [49] is ALLOWED. The court's August 13, 2013 Order [47] and the parties' stipulation of dismissal [48] are hereby VACATED. The Clerk of Court is ORDERED to enter judgment against Defendant Penco East, Inc., in the amount of $150,000.00, pursuant to the terms of the Confession of Judgment at docket entry [50-4].

**This Judgment Filed and Entered on December 16, 2013, and Copies To:**

Charles H. Winfree (via CM/ECF Notice of Electronic Filing)
William Tishkoff (via CM/ECF Notice of Electronic Filing)
R.J. Cronkhite (via CM/ECF Notice of Electronic Filing)
Bonnie A. Lynch (via CM/ECF Notice of Electronic Filing)
Charles M. Sprinkle, III (via CM/ECF Notice of Electronic Filing)
Joshua D. Spencer (via CM/ECF Notice of Electronic Filing)


DATE                                     JULIE A. RICHARDS, CLERK
December 16, 2013                  /s/ Susan K. Edwards
                                             (By) Susan K. Edwards, Deputy Clerk