UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| MISSION CAPITAL CROSSING | ) | |
| LEASECO, LLC, | ) | |
|     Plaintiff/Counter- | ) | |
|     Defendant, | ) | |
| | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:12-CV-370-F |
| PENCO EAST, INC., | ) | |
|     Defendant/Counter- | ) | |
|     Plaintiff. | ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant Penco East, Inc. pay Mission Capital Crossing LeaseCo, LLC, $6,482.00 in attorney's fees and $62.24 in expenses.

**This Judgment Filed and Entered on October 14, 2014, and Copies To:**

Charles H. Winfree (via CM/ECF Notice of Electronic Filing)
William G. Tishkoff (via CM/ECF Notice of Electronic Filing)
R.J. Cronkhite (via CM/ECF Notice of Electronic Filing)
Bonnie A. Lynch (via CM/ECF Notice of Electronic Filing)
Charles M. Sprinkle, III (via CM/ECF Notice of Electronic Filing)
Joshua D. Spencer (via CM/ECF Notice of Electronic Filing)

DATE                                                             JULIE A. RICHARDS, CLERK

October 14, 2014                                  /s/ Jacqueline B. Grady

                                                                     (By) Jacqueline B. Grady, Deputy Clerk